**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

GRADY TAYLOR, JR.,

Plaintiff,

v.

KAMRY PITTS,

Defendant.

Case No. 4:25-cv-464-CDL-AGH

**ORDER**

On December 11, 2025, Plaintiff filed his *pro se* complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). The Court found that his claim against Defendant Muscogee County Jail (MCJ) Officer Kamry Pitts could go forward and ordered that Defendant be served (ECF No. 7). As Plaintiff is proceeding *in forma pauperis*, the officers of the Court must "issue and serve all process, and perform all duties in such cases." 28 U.S.C. § 1915(d).

On June 3, 2026, a process receipt and return was mailed to MCJ for Defendant (ECF No. 9). The process receipt and return was returned unexecuted with a notation that Defendant was not located at MCJ (ECF No. 10). Thereafter, personal service was attempted on Defendant, but the service attempt failed because the Deputy United States Marshal (DUSM) was told by MCJ personnel that Kamry Pitts was not "on file as [an] employee or inmate." USM285, July 30, 2026, ECF No. 16. The DUSM also spoke with medical contractors who did not "have a Kamry Pitts on file." *Id.* The same was true according to human resources. *Id.*

As the Court must serve all process in this action, Plaintiff is **DIRECTED** to provide the Court with any additional information he may have regarding the identity of Defendant Kamry Pitts. Such information regarding Defendant may include, but is not limited to, Defendant's sex, alias and/or nickname, race, and physical description. Plaintiff should also provide any other information he may have that would aid the Court in identifying and serving Defendant.

Plaintiff shall respond to this Court Order within TWENTY-ONE (21) DAYS of the date of this Order. If Plaintiff fails to respond timely or is unable to sufficiently identify Defendant such that the Court can effect personal service on Defendant Kamry Pitts, the Court will be required to issue a recommendation of dismissal for the failure to serve Defendant in accordance with Federal Rule of Civil Procedure 4(m).

SO ORDERED, this 31st day of July, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE