**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| GRADY TAYLOR, JR., Plaintiff, | : | |
| v. | : | Case No. 4:25-cv-464-CDL-AGH |
| KAMRY PITTS, Defendant. | : | |

**ORDER**

On July 31, 2026, after being unable to obtain service on Defendant Kamry Pitts, the Court directed Plaintiff to respond with any information he may have regarding the identity of Defendant (ECF No. 17). In response, Plaintiff states that Defendant was employed at the Muscogee County Correctional Institution at the time of the alleged incident, not at the Muscogee County Jail, as the Court mistakenly identified in its preliminary review order that directed service on Defendant. Pl.'s Resp., ECF No. 18; Order 3, 5, May 19, 2026, ECF No. 7. As a result of this error, service was attempted on Defendant at the Muscogee County Jail (ECF Nos. 10, 16).

Consequently, the Clerk is DIRECTED to initiate service according to the Court's standard *in forma pauperis* service procedure on Defendant Kamry Pitts at the Muscogee County Correctional Institution, which is located at 7175 Sacerdote Lane, Columbus, Georgia 31908.

SO ORDERED, this 11th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE